UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  09-81331-CIV-MARRA

**JOHNSON LAW GROUP,**
a California Professional Corporation,
**ADVANCED CLIENT SOLUTIONS,**
a Nevada Limited Liability Company,

      Plaintiffs,

v.

**ELIMADEBT USA, LLC,** *et al.***,**

      Defendants.

_____/

### SUGGESTION OF BANKRUPTCY

      Plaintiff Johnson Law Group a/k/a Johnson Law Group, P.C. shows that a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the District of Nevada (Las Vegas) was filed against it that has been assigned case number 10-22075-bam and relief was ordered on June 29, 2010 and suggests that this action has been stayed against it by the operation of Title 11 U.S.C. § 362.

      Dated this 6th day of October, 2010.

      Respectfully submitted,

      GREENSPOON MARDER, P.A.
      Attorneys for Plaintiffs
      Trade Centre South, Suite 700
      100 West Cypress Creek Road
      Fort Lauderdale, Florida 33309
      954.491.1120 (Broward)
      954.343.6958 (Facsimile)
      Richard.epstein@gmlaw.com

      By:    /s/ Richard W. Epstein
              RICHARD W. EPSTEIN
              Florida Bar No.: 229091
              REBECCA F. BRATTER
              Florida Bar No.: 0685100

CASE NO. 09-81331-CIV-MARRA  
Suggestion of Bankruptcy

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 6th day of October 2010. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic filing electronically.

                                            s/ Richard W. Epstein  
                                            Richard W. Epstein