# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81331-CIV-MARRA

JOHNSON LAW GROUP,
a California Professional Corporation,
ADVANCED CLIENT SOLUTIONS,
a Nevada Limited Liability Company,

    Plaintiff,

v.

ELIMADEBT USA, LLC, et al.,

    Defendants.

_____/

### PLAINTIFF'S NOTICE OF TAKING DEPOSITION OF DAVID FEINGOLD

TO:    David J. Feingold
    Feingold & Kam
    5100 PGA Boulevard
    Second Floor
    Palm Beach Gardens, FL 33418

**PLEASE TAKE NOTICE** that the undersigned attorney has scheduled the following depositions:

**NAME:**    David J. Feingold

**DATE:**    Friday, November 19, 2010

**TIME:**    10:00 a.m.

**PLACE:**    GREENSPOON MARDER, P.A.
    100 W. Cypress Creek Road, Suite 700
    Fort Lauderdale, Florida 33309
    Telephone: (954) 491-1120

upon oral examination before and Official Court Reporter, Notary Public, or before some other officer authorized by law to take depositions in the State of Florida, who is not a relative or employee of such attorney or counsel, or financially interested in the action.

The oral examinations will continue from day to day until completed. The depositions

are being taken for purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

NOTE: If the above named deponent requires an interpreter, please notify the undersigned attorney no later than seven (7) days prior to the proceeding at 954.491.1120.

In accordance with the Americans With Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the undersigned attorney at 888.491.1120 no later than seven days prior to the proceeding. If hearing impaired, call 1.800.955.8771 (TDD), via Florida Relay Service.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by facsimile (561) 630-8936 and United States Mail to the above-named addressee this 8th day of October 2010.

GREENSPOON MARDER, P.A.
Attorneys for Plaintiffs
Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
954.491.1120 (Broward)
954.343.6958 (Facsimile)
Richard.epstein@gmlaw.com

By: _____
RICHARD W. EPSTEIN
Florida Bar No.: 229091
EVAN KLINEK
Florida Bar No.: 0134820

cc:   Kresse & Associates (court reporter)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
JOHNSON LAW GROUP, ET AL. v. ELIMADEBT ET AL.
CASE NO. 09-81331-CIV-MARRA

SERVICE LIST

David Jon Feingold, Esq.
Feingold & Kam LLC
5100 PGA Boulevard, 2nd Floor
Palm Beach Gardens, FL 33418
david@fkfirm.com

**ATTORNEY FOR DEFENDANTS**
*Via Facsimile, E-mail & US mail*

1806119 v1 200350004

# Fax Message

**To:** 15616308936

**Fax:** 15616308936

**From:** Maria Salgado
Greenspoon Marder, P.A.

**Date:** 10/8/2010 1:55 PM
**Pages:** 1 of 5 (including this page)
**Subject:** Johnson Law Group v. Elimadebt

Mr. Feingold: Attached is Plaintiff's Notice of Taking Deposition of David Feingold.



GREENSPOON MARDER, P.A.
ATTORNEYS AT LAW

Maria C. Salgado
Legal Assistant to
Richard W. Epstein
954-491-1120 (Office)
954-343-6958 (Office Fax)
Email: maria.salgado@gmlaw.com