1UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CV-81331-MARRA/JOHNSON

JOHNSON LAW GROUP,
a Nevada Professional Corporation,
ADVANCED CLIENT SOLUTIONS,
a Nevada Limited Liability Company,

      Plaintiffs/Counter-Defendants,

vs.

ELIMADEBT USA, LLC,
a Florida Limited Liability Company,
ELIMADEBT, LLC,
a New York Limited Liaibility Company,
STEPHEN DRESCHER, individually,
ROBERT DENTON, individually,
RYAN SASSON, individually,
IAN BEHAR, individually,
DAVID FEINGOLD, individually,
and DANIEL BLUMKIN, individually,

      Defendants.

DAVID FEINGOLD, individually,

      Counter-Plaintiff/Cross-Complaint

vs.

RICHARD W. EPSTEIN, individually,
FRANK M. FLANSBURG, II, individually,
CHARLES M. VLASIC, III, individually,
KENNETH KESTENBAUM, individually,
ANAN MARK ELDREDGE, individually, and
PAUL CONSTANTINOU, individually,

      Cross-Defendants.
_____/

**JOINT MOTION FOR COURT ORDER OF DISMISSAL AT PARTIES' REQUEST**

Plaintiff, ADVANCED CLIENT SOLUTIONS (hereinafter "ACS"), and Counter-Plaintiff, DAVID FEINGOLD (hereinafter "FEINGOLD"), jointly and by and through their undersigned counsel, file this Joint Motion for Court Order of Dismissal at Parties' Request pursuant to Federal Rule of Civil Procedure 41(a)(2), and as grounds state:

1. ACS and FEINGOLD seek to voluntarily dismiss their claims, counterclaims, and/or crossclaims brought in this action with prejudice based on a Confidential Mutual Release, Non Disparagement and Settlement Agreement involving the parties to this action.

2. ACS and FEINGOLD cannot file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) because at least one party to this action has filed an answer to each of their claims, counterclaims, and/or crossclaims. Furthermore, ACS and FEINGOLD are unable to submit a stipulation of dismissal signed by all parties who have appeared pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), because the parties have been unable to reach all other parties to obtain the signature page for the settlement agreement, let alone a signature on a stipulation for dismissal.

3. Nonetheless, despite being unable to obtain the signature pages from all parties for full completion of the settlement agreement, the parties have agreed to move forward with voluntarily dismissing the action with prejudice as to all parties. As such, ACS and FEINGOLD seek to voluntarily dismiss their claims, counterclaims, and/or cross-claims with prejudice against all parties. The only other claims at issue, those of JOHNSON LAW GROUP, which is in bankruptcy, will remain pending because the parties have been unable to reach the bankruptcy trustee to obtain agreement to the settlement and none of the parties have authority to dismiss the claims on behalf of JOHNSON LAW GROUP.

4. Because ACS and FEINGOLD cannot obtain the desired voluntarily dismissal with prejudice through the mechanism set forth in Rule 41(a)(1), ACS and FEINGOLD jointly request that this Court dismiss their claims, counterclaims, and/or crossclaims with prejudice at their request by Order pursuant to Rule 41(a)(2) for the reasons set forth in this motion which will permit the parties to achieve their desired and intended resolution of this matter.

WHEREFORE, Plaintiff, ADVANCED CLIENT SOLUTIONS, and Counter-Plaintiff, DAVID FEINGOLD, jointly respectfully request that this Court grant their Joint Motion for Court Order of Dismissal at Parties' Request and enter an order voluntarily dismissing ACS and FEINGOLD's claims, counterclaims, and/or crossclaims with prejudice, for the reasons set forth in this motion and to achieve the resolution of this matter intended and desired by the parties.

## JOINT CERTIFICATE OF SERVICE

We hereby certify that on August 12, 2011 (date), we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_/s/ Kara Berard Rockenbach_
KARA BERARD ROCKENBACH, ESQ.
Florida Bar No.: 0044903
KRISTI L. BERGEMANN, ESQ.
Florida Bar No.: 0632538
Counsel for Plaintiff, Advanced Client Solutions

_David J. Feingold_
DAVID FEINGOLD, ESQ.
Florida Bar No.: 892823
Counsel for Counter-Plaintiff, David Feingold

SERVICE LIST
JOHNSON LAW GROUP, a Nevada Professional Corporation,
ADVANCED CLIENT SOLUTIONS, a Nevada Limited Liability Company (Plaintiffs)
Versus
ELIMADEBT USA, LLC, a Florida Limited Liability Company, and
ELIMADEBT, LLC, a New York Limited Liability Company,
STEPHEN DRESCHER, individually, ROBERT DENTON, individually, RYAN SASSON,
individually, IAN BEHAR, individually, DAVID FEINGOLD, individually, and
DANIEL BLUMKIN, individually, (Defendants).
Case No.: 09-CV-81331-MARRA/JOHNSON
United States District Court, Southern District of Florida

William A. Leonard, Trustee
Re: Johnson Law Group, P.C.
6625 S. Valley View, #225
Las Vegas, NV 89118
Telephone: 702-262-9322

Christine A. Roberts, Esq.
Sullivan Hill, et al
228 S. 4th Street, 1st Floor
Las Vegas, NV 89101
Telephone: 702-382-6440
Email: Roberts@sullivanhill.com
Re: Johnson Law Group, P.C.

Gregory Garman, Esq.
Talitha Gray, Esq.
Gordon Silver
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89169
Telephone: 702-796-5555
Email: ggarman@gordonsilver.com
        tgray@golfdonsilver.com
Re: Johnson Law Group, P.C.

David Jon Feingold, Esq.
david@fkfirm.com
FEINGOLD & KAM, LLC.
5100 PGA Blvd., 2nd Floor
Palm Beach Gardens, FL 33418
Telephone: 561-630-6727 X205
Facsimile: 561-630-8936
Attorney for Defendants,
    ELIMADEBT USA, LLC, ELIMADEBT,

Evan Brett Klinek, Esq.
Evan.klinek@gmlaw.com
GREENSPOON MARDER, P.A.
100 W. Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
Telephone: 954-491-1120
Facsimile: 954-343-6952
Attorney for Cross-Defendant,
RICHARD W. EPSTEIN

Advanced Client Solutions, LLC
c/o Oshins & Associates, LLC
Registered Agent
1645 Village Center Circle, Suite 170
Las Vegas, NV 89134

Kara Berard Rockenbach, Esq.
kbrock@flacivillaw.com
METHE & ROCKENBACH, P.A.
1555 Palm Beach Lakes Blvd., Suite 400
West Palm Beach, FL 33401
Telephone: 561-727-3600
Facsimile: 561-727-3601
Attorneys for Counter-Defendant,
    ADVANCED CLIENT SOLUTIONS, &

LLC, IAN BEHAR, DANIEL BLUMKIN, ROBERT DENTON, RYAN SASSON, STEPHEN DRESCHER, and DAVID FEINGOLD.

Attorney for Counter-Claimant/Cross-Claimant, DAVID FEINGOLD

Attorneys for Cross-Defendants: KENNETH KESTENBAUM and PAUL CONSTANTINOU